```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LAMAR BROWN,                                                           :
                                                                       :
                               Plaintiff,                              :
                                                                       :        22 Civ. 8995 (JPC)
                -v-                                                    :
                                                                       :                ORDER
SKYBOUND, LLC,                                                         :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On January 19, 2023, the Court directed Plaintiff to file a status letter by January 20, 2023, at 8:00 p.m. describing (1) whether service of summons and the Complaint has been made on Defendant, and if not, (2) why good cause exists to excuse Plaintiff's failure to serve Defendant within the 90-day deadline set by Federal Rule of Civil Procedure 4(m). Dkt. 5. The Court warned that failure to comply may result in an order dismissing the case for failure to prosecute. *Id.* The deadline has passed, and the docket does not reflect a response from Plaintiff. Accordingly, the Court extends *sua sponte* Plaintiff's deadline to file a status letter until January 25, 2023. If no such letter is filed, the Court will dismiss the case for failure to prosecute.

SO ORDERED.

Dated: January 23, 2023
       New York, New York
                                            _____
                                                    JOHN P. CRONAN
                                                United States District Judge